AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| KATHLEEN KIRCH, et al.,<br>*Plaintiff*(s)<br>v.<br>EMBARQ MANAGEMENT CO., et al.,<br>*Defendant*(s) | )<br>)<br>)  Civil Action No.   10-2047-JAR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($___), which includes prejudgment interest at the rate of __%, plus post judgment interest at the rate of __%, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendants Embarq Management Co. and United Telephone Company of Eastern Kansas recover costs from the plaintiffs Kathleen Kirch and Terry Kirch.

☐ other: ___.

This action was *(check one)*:

☐ tried by a jury with  U. S. District Court Judge  presiding, and the jury has rendered a verdict.

☐ tried by  U. S. District Court Judge  without a jury and the above decision was reached.

☒ decided by  U. S. District Court Judge  on a motion for summary judgment.

Date:  August  19, 2011

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/Pamela S. Patton

*Signature of Clerk or Deputy Clerk*