UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

| | | |
|---|---|---|
| TIMOTHY M. O'BRIEN<br>CLERK OF COURT<br><br>259 U.S. COURTHOUSE<br>500 STATE AVENUE<br>KANSAS CITY, KANSAS  66101<br>(913) 735-2200 | September 16, 2011 | 204 U.S. COURTHOUSE<br>401 N. MARKET<br>WICHITA, KANSAS  67202<br>(316) 315-4200<br><br>490 U.S. COURTHOUSE<br>444 S.E. QUINCY<br>TOPEKA, KANSAS  66683<br>(785) 338-5400 |

**SEE NOTICE OF ELECTRONIC FILING**

Retained Counsel Appeal

RE:     Kathleen Kirch, et al  v.  Embarq Management Co., et al
        District Court Case No: 10-2047 JAR
        Notice of Appeal filed by: Plaintiffs
        Fee Status: PAID

Dear Clerk:

       The following documents are for the parties in connection with the Notice of Appeal: Notice of Appeal and Copy of the Docket Sheet.

       **RETAINED** Counsel for the appellant is instructed to download the  "**Initial Appeal Documents and Instructions**" for this appeal from www.ca10.uscourts.gov.   Please follow the instructions for Transcript Order Form (for appellant only) and Docketing Statement (for appellant only) regarding counsel's responsibility for compliance.  For specific requirements concerning transcripts, records on appeal, briefs and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals. Rules of the Tenth Circuit are available at www.ca10.uscourts.gov.

       If you have any questions, please contact the office of the Clerk of the U.S. Court of Appeals in Denver, Colorado at 303.844.3157.

                                        Sincerely,
                                        TIMOTHY M. O'BRIEN
                                        CLERK OF COURT

                                        By: s/K.O'Keefe
                                             Deputy Clerk

cc: Clerk, U.S. Court of Appeals
        (Notice of Appeal, Docket Sheet & Preliminary Record)